UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAMMY JUUL, derivatively on behalf of : 
OPENDOOR TECHNOLOGIES INC., :
 :
 Plaintiff, :
 :
 v. : C.A.: 1:23-cv-00705-MN
 :
ERIC WU, CARRIE WHEELER, CIPORA :
HERMAN, JOHN RICE, ADAM BAIN, :
JONATHAN JAFFE, PUEO KEFFER, :
JASON KILAR, and GLENN SOLOMON, :
 :
 Defendants, :
 :
 and :
 :
OPENDOOR TECHNOLOGIES INC., :
 :
 Nominal Defendant. :

**STIPULATION AND ORDER REGARDING
DISMISSAL OF ACTION WITH PREJUDICE**

WHEREAS, on November 25, 2024, the U.S. District Court for the District of Arizona entered an Order in the derivative litigation captioned *Gera v. Palihapitiya*, No. 23-cv-02164-MTL ("Arizona Action"), which, among other things, provided for the release of the claims asserted in this action and in the Arizona Action;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to approval of the Court, as follows:

This action is dismissed with prejudice, including on the grounds of *res judicata*.

| | |
|---|---|
| DELEEUW LAW LLC | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| | |
| */s/ P. Bradford deLeeuw* | */s/ Jamie L. Brown* |
| P. Bradford deLeeuw (# 3569) | Kurt M. Heyman (# 3054) |
| 1301 Walnut Green Road | Jamie L. Brown (# 5551) |
| Wilmington, DE 19807 | 222 Delaware Avenue, Suite 900 |
| (302) 274-2180 | Wilmington, DE 19801 |
| brad@deleeuwlaw.com | (302) 472-7302 |
| | kheyman@hegh.law |
| *Counsel for Plaintiff* | jbrown@hegh.law |

*Counsel for Defendants Adam Bain, Cipora Herman, Jonathan Jaffe, Pueo Keffer, Jason Kilar, John Rice, Glenn Solomon, Carrie Wheeler, Eric Wu, David Spillane, Ian Osborne, Chamath Palihapitiya, Steven Trieu, and Nominal Defendant Opendoor Technologies Inc.*

SO ORDERED this _____ day of _____, 2026

_____
The Honorable Maryellen Noreika
United States District Judge